IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 05 2021


CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKL
BY_____, DEPUT

Newton John Left-Hand Clark

(Enter the full name of the plaintiff.)

CIV-21-443-D

v.                                    Case No. _____
                                      (Court Clerk will insert case number)

(1) Garfield County Detention Facility

(2) Ben Crooks                  ,

(3) Capt. Daylon Rivers         .

(Enter the full name of each defendant. Attach additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

   X  42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

   _____

   _____

II. **State whether you are a:**

**X** Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

III. **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

      _____

   b. Court and docket number:_____

   c. Approximate date of filing:_____

   d. Issues raised: _____

      _____

      _____

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _____

      _____

   f. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

IV. **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

    Name and any aliases: Newton John Left-Hand Clark

    Address: 1020 S. 10th Enid, OK 73701

    Inmate No.: 481 8489

2. Defendant No. 1

    Name and official position: Garfield County Detention Facility

    Place of employment and/or residence: 1020 S. 10th Enid, OK 73701

    How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

3. Defendant No. 2

    Name and official position: Ben Crooks, Supervisor

    Place of employment and/or residence: Garfield County Detention Facility 1020 S. 10th Enid, OK 73701

    How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

    - If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

    (1) List the right that you believe was violated:

    _Negligence and failure to protect_

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    _Garfield County Detention Facility, Ben Crooks, Capt. Daylon Rivers, CO Mya Burkes_

Rev. 10/20/2015

  (3) List the supporting facts:

Inmates from H-Pod escaped and rushed in G-Pod and began assaulting several inmates within G-Pod

  (4) Relief requested: (State briefly exactly what you want the court to do for you.)

$1,000,000 for emotional duress, PTSD, Mental trauma, dangerous incarceration

2. **Claim II:**

  (1) List the right that you believe was violated:

  (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Rev. 10/20/2015

(3) List the supporting facts:

_____

_____

_____

_____

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

_____

_____

_____

_____

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

*Neeta clark*                 5-2-2021
Plaintiff's signature                 Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of _____, 20___.

*Neeta clark*                 5-2-2021
Plaintiff's signature                 Date

Rev. 10/20/2015