## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

NEWTON JOHN LEFT-HAND )
CLARK, )
                           )
      Plaintiff, )
                           )
v. )          Case No. CIV-21-443-D
                           )
GARFIELD COUNTY DETENTION )
FACILITY, et al. )
                           )
      Defendants. )

## <u>ORDER</u>

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 15], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

ENTERED this 20th day of August, 2021.

                                        _____
                                        TIMOTHY D. DeGIUSTI
                                        Chief United States District Judge